**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**VERA "PAULETTE" BALLARD**                                                                 **PLAINTIFF**

**V.**                                                       **CAUSE NO.: 1:07CV95-SA-JAD**

**NORTH MISSISSIPPI HEALTH SERVICES, INC.,
NORTH MISSISSIPPI MEDICAL CLINICS, INC.,
ROGER BROWN, LYNN NELSON, and WANDA WALLACE**     **DEFENDANTS**

**ORDER ON SUMMARY JUDGMENT**

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1) the Defendants' Motion for Summary Judgment [docket entry 53] is GRANTED;

(2) the Plaintiff's claims are dismissed; and

(3) this case is CLOSED.

All memoranda, depositions, declarations and other materials considered by the court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this the __15th__ day of October, 2008.

                                                                        __/s/ Sharion Aycock__
                                                                        **U.S. DISTRICT JUDGE**